**People of the State of Illinois, Plaintiff-Appellee, v. Theodore Redd, Defendant-Appellant.**

**Gen. No. 50,589. (Abstract of Decision.)**

First District, Second Division.

November 4, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner, Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carmen V. Speranza, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.